

# CONSOLE MATTIACCI LAW

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 | |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 | |
| 744 W Lancaster Ave. | Suite 220 | Wayne, PA 19087 | 610-596-9796 | |

ANNA D. NORMAN, ESQUIRE
norman@consolelaw.com
215.689.4137 Fax

April 30, 2021

**_Via ECF_**
Magistrate Judge Ann Marie Donio
U.S. District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets,
Camden, NJ 08101

Re:  **Alexis Mikolaitis v. Gloucester Township School District**
     **Civil Action No. 19-15873**

Dear Judge Donio,

As Your Honor is aware, the above-referenced matter has been resolved. I write with the consent of counsel for Defendant, Gloucester Township School District ("Defendant"), to respectfully request a third, thirty (30) day extension in the Court's Order of Dismissal from May 2, 2021 to June 2, 2021. The Parties have completed most, but not all, terms of their agreement to conclude this matter. The additional time will allow the Parties the time to resolve these final issues while this Court retains jurisdiction of the matter. The Parties do not anticipate requiring any further extensions of the Court's Dismissal Order.

Respectfully Submitted,

Anna D. Norman, Esquire

cc:  Katherine C. Oeltjen, Esquire (via ECF)
     Russell S. Massey, Esquire (via ECF)

So Ordered this 30th day of April 2021

By: _____
ANN MARIE DONIO, U.S.M.J.